# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/3/2022 10:06:50 AM
Filing ID 14257438

John M. Powers, No. 023411
**POWERS LAW, PLLC**
4381 North 75th St., Suite 201
Scottsdale, AZ 85251
Telephone: (480) 993-5641
Fax: (888) 289-7001
Email: john@powersoflaw.com
*Attorney for Plaintiff*

## SUPERIOR COURT OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| GRAPEVINE EDUCATION, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL VENTURES, LLC, a California limited liability company, dba ATA COLLEGE,<br><br>Defendant. | Case No.  **CV2022-005603**<br><br>**VERIFIED COMPLAINT**<br><br>(Breach of Contract; Fraud; Unpaid Wages; Unjust Enrichment) |

Plaintiff alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff Grapevine Education, LLC ("Plaintiff"), is an Arizona limited liability company, and doing business in Maricopa County, Arizona, as "Grapevine Education."

2.     Defendant Educational Ventures, LLC ("Defendant") is, upon information and belief, a California limited liability company, and doing business in Maricopa County,

Arizona, as "ATA College."

3.      Defendant has caused an act or acts in Maricopa County, Arizona, giving rise to this lawsuit.

4.      This Court has jurisdiction to hear this matter.

5.      Venue is proper pursuant to A.R.S. § 12-401 as the Defendant's principal place of business is located outside the state of Arizona and Plaintiff's principal place of business is located within Maricopa County, Arizona.

6.      This case belongs in Tier 2 pursuant to Ariz. R. Civ. P. 26.2(b)(2) and 8(b), because Plaintiff's damages are such as to qualify for Tier 2.

## GENERAL ALLEGATIONS

7.      On or about February, 2020, Defendant reached out to Plaintiff in Arizona and sought Plaintiff's services to assist Defendant's operations as an educational institution.

8.      Discussions continued regarding Plaintiff providing Defendant with services ("Services"), which resulted in an agreement being established in Arizona (the "Agreement") wherein Plaintiff would provide Defendant with various administrative and marketing Services, which Services later expanded to include Plaintiff's oversight of most of Defendant's operations.

9.     At all times material hereto, Defendant was aware that Plaintiff was an Arizona limited liability company and that Plaintiff's Services, including the staff that Plaintiff would implement to assist Plaintiff, would be provided from Plaintiff's principal place of business, located within Maricopa County, Arizona.

10.     Subsequent to the Agreement, Plaintiff provided the Services to Defendant and delivered monthly invoices to Defendant.

## COUNT ONE

### (Breach of Contract)

Plaintiff realleges all prior allegations and incorporates them as if fully set forth in this Count One.

11.     Defendant initially paid Plaintiff's invoices, but thereafter discontinued remitting payments for the Services that Plaintiff provided to Defendant.

12.     Despite Plaintiff's requests, Defendant has refused to pay for the Services Plaintiff rendered to Defendant.

13.     Defendant's failure and refusal to pay Plaintiff for the Services Plaintiff provided Defendant constitutes a breach of the Agreement.

14.     As a direct and proximate result of Defendant's breach of the Agreement,

Plaintiff has sustained damages, and in excess of $50,000.

15.    This is a contested matter arising out of contract, and pursuant to A.R.S. § 12-341(C), Plaintiff is entitled to recover its costs and attorney's fees incurred in this matter.

WHEREFORE, Plaintiff requests that judgment be entered in its favor and against Defendant as follows:

A.    For Plaintiff's damages in an amount to be proven at trial, in excess of $50,000, but within the limits of a Tier 2 classification under Rule 26.2, Arizona Rules of Civil Procedure;

B.    For Plaintiff's costs and attorney's fees incurred in this matter, and if judgment is taken by default, an award of attorney's fees in at least the amount of $5,000; and

C.    For such other and further relief as the Court deems just and proper.

## COUNT TWO

### (Fraud)

Plaintiff realleges all prior allegations and incorporates them as if fully set forth in this Count Two.

16.    In entering into the Agreement, Defendant represented to Plaintiff that it would act in good faith and use its best efforts to timely perform under the Agreement,

including paying Plaintiff all sums due for Plaintiff's Services, such representations referred to hereafter as the "Representations."

17.     At all times material hereto, Defendant knew that such Representations were false as Defendant, upon information and belief, intended to pay Plaintiff whatever it wanted and whenever it wanted.

18.     At all times material hereto, Defendant intended that Plaintiff rely on the Representations, which Plaintiff reasonably did.

19.     As a direct and proximate result of Defendant's fraudulent conduct, as set forth herein, Plaintiff has sustained damages, and in excess of $50,000.

20.     Defendant's conduct, as described herein, were wilful, wanton, and made with a conscious disregard of a substantial risk of harm to Plaintiff, to such a degree as to warrant the imposition of punitive damages against Defendant.

WHEREFORE, Plaintiff requests that judgment be entered in its favor and against Defendant as follows:

A.     For Plaintiff's damages in an amount to be proven at trial, in excess of $50,000, but within the limits of a Tier 2 classification under Rule 26.2, Arizona Rules of Civil Procedure;

B.      For punitive damages in an amount to be proven at trial;

C.      For Plaintiff's costs and attorney's fees incurred in this matter, and if judgment is taken by default, an award of attorney's fees in at least the amount of $5,000; and

D.      For such other and further relief as the Court deems just and proper.

## COUNT THREE

### (Violation of A.R.S. § 23-355)

Plaintiff realleges all prior allegations and incorporates them as if fully set forth in this Count Three.

21.     At all times material hereto, Plaintiff was an "employee" of Defendant, as defined pursuant to A.R.S. § 23-350, et seq.

22.     At all times material hereto, Defendant was an "employer" to Plaintiff, as defined pursuant to A.R.S. § 23-350, et seq.

23.     At all times material hereto, the compensation due Plaintiff, as set forth in this complaint, constitutes "wages," as defined pursuant to A.R.S. § 23-350, et seq.

24.     Pursuant to A.R.S. § 23-355(A), Defendant owes Plaintiff treble damages, or three (3) times the amount of the compensation that has been unpaid to date.

WHEREFORE, Plaintiff requests that judgment be entered in its favor and against

Defendant as follows:

A.      For treble damages pursuant to A.R.S. § 23-355(A), or three (3) times the amount of Plaintiff's compensation due, and in an amount to be proven at trial, in excess of $50,000, but within the limits of a Tier 2 classification under Rule 26.2, Arizona Rules of Civil Procedure;

B.      For Plaintiff's costs and attorney's fees incurred in this matter, and if judgment is taken by default, an award of attorney's fees in at least the amount of $5,000; and

C.      For such other and further relief as the Court deems just and proper.

## COUNT FOUR

### (Unjust Enrichment)

Plaintiff realleges all prior allegations and incorporates them as if fully set forth in this Count Four.

25.     The Services Plaintiff has provided Defendant were valuable.

26.     At no time did Defendant complain about the Services provided by Plaintiff.

27.     Based on the Services that Plaintiff has provided Defendant, which have gone unpaid to date, Defendant has been unjustly enriched at the expense of Plaintiff.

28.     The unpaid Services have benefitted Defendant.

29.     Should Defendant continue to avoid paying for the Services provided, such would constitute an inequitable benefit to Defendant, to such a degree as to warrant an award of damages under quantum meruit, or the reasonable value of the Services that have gone unpaid to date.

WHEREFORE, Plaintiff requests that judgment be entered in its favor and against Defendant as follows:

A.      For an award of unjust enrichment, or quantum meruit, in an amount to be proven at trial;

B.      For Plaintiff's costs and attorney's fees incurred in this matter, and if judgment is taken by default, an award of attorney's fees in at least the amount of $5,000; and

C.      For such other and further relief as the Court deems just and proper.

DATED: April 2, 2022.

/s/ John M. Powers
Attorney for Plaintiff

# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/3/2022 10:06:50 AM
Filing ID 14257441

Person/Attorney Filing: John M Powers
Mailing Address: 4381 North 75th Street Suite 201
City, State, Zip Code: Scottsdale, AZ 85251
Phone Number: (480)993-5641
E-Mail Address: john@powersoflaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023411, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Grapevine Education, LLC<br>Plaintiff(s),<br>v.<br>Educational Ventures, LLC, DBA ATA<br>College<br>Defendant(s). | Case No.  CV2022-005603<br><br>**SUMMONS** |

To: Educational Ventures, LLC, DBA ATA College

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 03, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/3/2022 10:06:50 AM
Filing ID 14257440

Person/Attorney Filing: John M Powers
Mailing Address: 4381 North 75th Street Suite 201
City, State, Zip Code: Scottsdale, AZ 85251
Phone Number: (480)993-5641
E-Mail Address: john@powersoflaw.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023411, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Grapevine Education, LLC
Plaintiff(s),
v.
Educational Ventures, LLC, DBA ATA College
Defendant(s).

Case No.  **CV2022-005603**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: John M Powers /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #6690023

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/3/2022 10:06:50 AM
Filing ID 14257439

**Plaintiff's Attorney:**

John M Powers
Bar Number: 023411, issuing State: AZ
Law Firm: Powers Law
4381 North 75th Street Suite 201
Scottsdale, AZ 85251
Telephone Number: (480)993-5641
Email address: john@powersoflaw.com

**CV2022-005603**

**Plaintiff:**

Grapevine Education, LLC
4381 North 75th Street Suite 201
Scottsdale, AZ 85251
Email address: meyer.dinob@gmail.com

**Defendant:**

Educational Ventures, LLC, DBA ATA College
1810 Gillespie Way Suite 104
El Cajon, CA 92020

Discovery Tier t2

Case Category: Contracts
Case Subcategory: Other Contract (Breach of Contract)

AZTurboCourt.gov Form Set #6690023

# EXHIBIT C



Select Language

Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-005603 | Judge: | Smith, James |
| File Date: | 5/3/2022 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Grapevine Education L L C | Plaintiff | | John Powers |
| Educational Ventures L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/6/2022 | NUS - Notice Of Removal Us District Court | 6/6/2022 | |

**NOTE:** NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| 5/3/2022 | COM - Complaint | 5/4/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 5/3/2022 | CSH - Coversheet | 5/4/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 5/3/2022 | CCN - Cert Arbitration - Not Subject | 5/4/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 5/3/2022 | SUM - Summons | 5/4/2022 | |

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# EXHIBIT D

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
6/6/2022 10:21:44 AM
Filing ID 14396176

**DEGNAN LAW GROUP**
David Degnan (AZ SBN 027422)
Mark W. Horne (AZ SBN 029449)
4105 N. 20th Street, Suite 220
Phoenix, Arizona 85016
(602) 266-0531
d.degnan@degnanlawaz.com
m.horne@degnanlawaz.com
*Attorneys for Defendant*
EDUCATIONAL VENTURES LLC,
a Delaware limited liability company,
erroneous sued as EDUCATIONAL VENTURES LLC,
a California limited liability company

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GRAPEVINE EDUCATION, LLC, an Arizona limited liability company,<br><br>                    Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL VENTURES LLC, a California limited liability company, dba ATA COLLEGE,<br><br>                    Defendant. | Case No.: CV2022-005603<br><br>**NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA** |

**TO THE CLERK AND JUDGE OF THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL, PLEASE TAKE NOTICE THAT** Defendant EDUCATIONAL VENTURES, LLC filed in the United States District Court for the District of Arizona its Notice of Removal to Federal Court. A true and correct copy of the federal court Notice of Removal is attached hereto as **EXHIBIT A**, without exhibits, and it is served and filed herewith.

DATED this 6th day of June, 2022.

**DEGNAN LAW GROUP**

*/s/ Mark W. Horne, Esq.*
David Degnan, Esq.
Mark W. Horne, Esq.
*Attorneys for Defendant*

DLG **DEGNANLAW GROUP**
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

1

2

3

**ORIGINAL** filed this 6th day of June 2022
with:

4

5

Maricopa County Superior Court
www.turbocourt.com

6

7

8

9

John M. Powers, Esq.
POWERS LAW, PLLC
4381 North 75th St., Ste 201
Scottsdale, AZ 85251
john@powersoflaw.com
*Attorney for Plaintiff*

10

11

By:  /s/ Kristine Berry

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEGNANLAW GROUP
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

2

# EXHIBIT E

JAMES E. PILLEY, *Pro Hac Vice*
**LAW OFFICE OF JAMES E. PILLEY, APC**
8880 Rio San Diego Drive
Rio Vista Tower 8th Floor PMB #852
San Diego, CA 92108
Telephone:  (619) 602-0076
Facsimile:  (619) 272-0371
Email:       james@jpilley.com

*Attorney for Defendant*
EDUCATIONAL VENTURES LLC,
a Delaware limited liability company,
erroneously sued as California limited liability company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grapevine Education, LLC, an Arizona limited liability company,<br><br>                 Plaintiff,<br><br>vs.<br><br>Educational Ventures, LLC, a California limited liability company, dba ATA College,<br><br>                 Defendant. | Case No.:<br><br>**VERIFICATION OF JAMES E PILLEY, ESQ. PURSUANT TO LRCiv 3.6(b)** |

    I, James E. Pilley, am the attorney for the Defendant in the above captioned matter. Pursuant to LRCiv 3.6(b), I hereby verify that true and complete copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, County of Maricopa, as Case No. CV2022-005603 have been filed in this Court.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 3, 2022, at San Diego, California.

                              */s/ James E. Pilley*
                              JAMES E. PILLEY

**VERIFICATION OF JAMES E PILLEY, ESQ. PURSUANT TO LRCiv 3.6(b)**